UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joseph Winchell

    Plaintiff

  v.                                                 Civil Action No. 1:19-12368-RGS

Teamsters Local Union No. 25 et al

    Defendants

## ORDER OF REMAND

April 28, 2020

STEARNS, D.J.

    In accordance with the court's Electronic Order [Dkt # 24] issued on April 28, 2020, it is ORDERED that this case be, and hereby is, REMANDED to the Massachusetts Superior Court in Suffolk County.

                                                                                             By the court,

                                                                                              /s/ Arnold Pacho
                                                                                              Deputy Clerk